UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| EARLEEN HILL | ) | |
| | ) | |
| | ) | |
| | ) | 6:20-cv-00004 |
| V. | ) CIVIL ACTION NO. _____ |
| | ) | |
| | ) | |
| PETSMART, INC. | ) | |

**DEFENDANT PETSMART, INC.'S DISCLOSURE OF INTERESTED PARTIES**

1. PetSmart, Inc. – Phoenix, Arizona (Defendant)

2. William H. Luck, Jr. – Houston, Texas (Attorney for PetSmart, Inc.)

3. <u>ACE American Insurance Company (a part of ACE Limited)</u> – Zurich, Switzerland (general liability insurance carrier for PetSmart, Inc. to the extent that insurance is involved in this matter)

4. Earleen Hill – Kenedy, Texas (Plaintiff)

5. Dallas W. Tharpe and Trey Yarbrough of Yarbrough Wilcox, PLLC – Tyler, Texas (Attorneys for Earleen Hill)

                                                    Respectfully Submitted,

                                                    /S/ William H. Luck, Jr.

By: _____
William H. Luck, Jr.
Texas Bar # 12666450
Federal No. 6070
1412B Stonehollow Dr.
Houston, Texas 77339
(281) 358-7611
(281) 358-0299 (Fax)
Bill.Luck@sbcglobal.net

ATTORNEY IN CHARGE
FOR PETSMART, INC.

1

## CERTIFICATE OF SERVICE

      Pursuant to the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been served (by the method indicated below) on this the 18th day of March 2020 to the following:

Mr. Dallas W. Tharpe   **By EServe**
100 E. Ferguson, Suite 1015
Tyler, Texas 75702

    /S/ William H. Luck, Jr.
    _____
    William H. Luck, Jr.