# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

| | | |
|---|---|---|
| **EARLEEN HILL,** | § | |
| | § | |
| | § | |
| **vs.** | § | **Civil Action No. 6:20-00004** |
| | § | |
| **PETSMART, INC.,** | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

COMES NOW, EARLEEN HILL, Plaintiff in the above-entitled and numbered cause, and files her Certificate of Interested Parties, in accordance with the Order for Conference and Disclosure of Interested Parties (Dkt. 2), identifying the following possible interested parties:

1.   Earleen Hill – *Plaintiff*

*2.*   Walter Hill – *Plaintiff's husband*

3.   Yarbrough Wilcox, PLLC – *Plaintiff's attorney*

4.   Petsmart, Inc. – *Defendant*

5.   Samaritan Ministries International – *Subrogation interest due to assistance in payment of medical expenses related to incident.*

6.   Detar Healthcare System – *Any amounts incurred and outstanding relating to medical expenses incurred by Plaintiff related to this incident.*

Respectfully submitted,

/s/ Dallas W. Tharpe
**Dallas W. Tharpe (attorney-in-charge)**
State Bar No. 24052036
SDTX No. 2592228
dallas@yw-lawfirm.com
**Trey Yarbrough**
State Bar No. 22133500
trey@yw-lawfirm.com
**YARBROUGH WILCOX, PLLC**
100 E. Ferguson, Suite 1015
Tyler, Texas 75702
903-595-3111 office
903-595-0191 fax

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system and/or e-mail on March 19, 2020.

/s/ Dallas W. Tharpe
**Dallas W. Tharpe**